IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SIMONE BRADSHAW : CIVIL ACTION
:
v. :
:
PENNSYLVANIA STATE UNIVERSITY : NO. 10-4839

ORDER

AND NOW, this 5th day of April 2011, upon consideration of the defendant's Motion to Dismiss and the response thereto, IT IS ORDERED:

That the Motion is GRANTED. The claims pursuant to 42 U.S.C. § 1983 and for unjust enrichment are DISMISSED WITH PREJUDICE. The claim for breach of contract is DISMISSED WITHOUT PREJUDICE. The plaintiff may file an amended complaint within 20 days in accordance with the Court's Memorandum of this date.

BY THE COURT:

/s/ John P. Fullam
John P. Fullam,    Sr. J.